5 A.3d 814

COMMONWEALTH of Pennsylvania, Respondent

v.

Andre JACOBS, Petitioner.

Supreme Court of Pennsylvania.

Sept. 30, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of September, 2010, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to the remaining issue. The issue, rephrased for clarity, is:

Whether the Superior Court erred in holding petitioner's convictions on conspiracy and attempt were not illegal under 18 Pa.C.S. § 906 because they did not culminate in the same crime.

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.